**DISMISS; and Opinion Filed March 19, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-13-00363-CR**
_____

**LESLIE GLENN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-17622-Q**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice O'Neill

Leslie Glenn Jones pleaded guilty to possession of phencyclidine in an amount less than one gram. The trial court deferred adjudicating guilt, placed appellant on three years' community supervision, and assessed a $1,500 fine. The State moved to adjudicate guilt, but later withdrew the motion. On February 6, 2013, the trial court modified the conditions of appellant's community supervision. Appellant appealed. An order modifying conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). We dismiss the appeal for want of jurisdiction.

_____
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130363F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

LESLIE GLENN JONES, Appellant

No. 05-13-00363-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F10-17622-Q.
Opinion delivered by Justice O'Neill,
Justices Moseley and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 19th day of March, 2013.

_____
MICHAEL J. O'NEILL
JUSTICE